# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Evans, Audrey R. | Bankruptcy, Arkansas | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

300 West Second Street
Little Rock, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | October 3-5, 2013 | Kansas City, MO | Speaker at 33rd ABI Annual Meeting | Transporttion, Lodging and Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #3 | E | Int./Div. | N | T | | | | | |
| 2. --American Express Bonds | | | | | | | | | |
| 3. --Bank of America Bonds | | | | | | | | | |
| 4. --CIT Group Bonds | | | | | Redeemed | 01/11/13 | J | | |
| 5. --Davis Financial Class A | | | | | | | | | |
| 6. --Federal Home Loan Bonds | | | | | | | | | |
| 7. --GE Capital Internotes I & II | | | | | Redeemed | 08/15/13 | J | | |
| 8. --General Electric Cap. Notes | | | | | Redeemed | 12/16/13 | J | | |
| 9. --Goldman Sachs Bonds | | | | | | | | | |
| 10. --John Hancock Bonds | | | | | | | | | |
| 11. --IShares Barclay | | | | | Buy (add'l) | 06/21/13 | J | | |
| 12. --JP Morgan Bonds | | | | | | | | | |
| 13. --JP Morgan Bonds II | | | | | | | | | |
| 14. --Kraft Foods NT Bonds | | | | | Redeemed | 10/01/13 | K | | |
| 15. --Merrill Lynch Bonds II | | | | | | | | | |
| 16. --Morgan Stanley Bonds | | | | | | | | | |
| 17. --Royal Bank of Scotland Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Dow Jones SPDR | | | | | | | | | |
| 19. --Wachovia Bonds | | | | | | | | | |
| 20. --Fidelity GNMA Bonds | | | | | Buy | 02/14/13 | J | | |
| 21. --Westcore Plus Bond Fund | | | | | Buy | 03/25/13 | J | | |
| 22. --I shares Intermediate Credit Bond ETF | | | | | Buy | 10/10/13 | K | | |
| 23. | | | | | | | | | |
| 24. IRA #5 | C | Int./Div. | N | T | | | | | |
| 25. --Dryfus Mutual Fund | | | | | Sold | 12/04/13 | J | | |
| 26. --Goldman Sachs Bonds | | | | | Redeemed | 10/15/13 | K | | |
| 27. --IShares Barclay | | | | | | | | | |
| 28. --Dow Jones SPDR | | | | | Sold | 12/20/13 | J | | |
| 29. --Alger Health Science Fund | | | | | | | | | |
| 30. --Davis Financial Class A | | | | | | | | | |
| 31. --Dryfus S&P 500 Fund | | | | | | | | | |
| 32. --Fidelity Ginnie Mae Fund | | | | | | | | | |
| 33. --GE Capitol Internotes | | | | | | | | | |
| 34. --General Electric Corp bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Goldman Sachs Bonds | | | | | Redeemed | 10/15/13 | J | | |
| 36. --Ishares Barclay | | | | | | | | | |
| 37. --Ishares S&P fund | | | | | | | | | |
| 38. --Principal Life Income Fund | | | | | | | | | |
| 39. --Dow Jones SPDR | | | | | Sold | 12/20/13 | K | | |
| 40. --I Share Credit bonds | | | | | Buy | 12/20/13 | K | | |
| 41. --I Shares Credit Bonds | | | | | Buy | 10/21/13 | K | | |
| 42. | | | | | | | | | |
| 43. AFB #1 | | | | | | | | | |
| 44. --Alger Health Science Fund | A | Dividend | L | T | Buy (add'l) | 03/25/13 | J | | |
| 45. --Arkansas State Dev. Bonds | A | Interest | K | T | | | | | |
| 46. --Central Arkansas Water Bonds | A | Interest | K | T | | | | | |
| 47. --Dodge & Cox Eq. | A | Dividend | M | T | Sold (part) | 08/28/13 | L | | |
| 48. --Fidelity Select Financial | A | Dividend | L | T | | | | | |
| 49. --IShares Barclays | A | Dividend | L | T | | | | | |
| 50. --Ishares S&P Fund | A | Dividend | M | T | Buy (add'l) | 12/20/13 | K | | |
| 51. --Ishares TRT Midcaps | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Schwab Healthcare Focus | A | Dividend | | | Sold | 03/25/13 | J | | |
| 53. --Spartan 500 Index Inv. Fund | A | Dividend | K | T | | | | | |
| 54. --Dow Jones SPDR | A | Dividend | L | T | | | | | |
| 55. --U of Ark. Bonds | A | Interest | J | T | | | | | |
| 56. --Yellville AR Bonds | A | Interest | K | T | | | | | |
| 57. --I Shares Intermediate Credit Bonds | A | Int./Div. | K | T | Buy | 10/12/13 | K | | |
| 58. --I Shares Intermediate Credit Bonds | A | Int./Div. | K | T | Buy (add'l) | 12/20/13 | K | | |
| 59. --MFS Arkansas Muni Bonds | A | Int./Div. | K | T | Buy | 08/30/13 | J | | |
| 60. -- I Shares Credit Bonds ETF | A | Int./Div. | K | T | Buy | 09/04/13 | K | | |
| 61. | | | | | | | | | |
| 62. AFB #2 | | | | | | | | | |
| 63. --Alger Health Science Fund | A | Dividend | K | T | Sold (part) | 12/06/13 | J | | |
| 64. --Arkansas State Bonds | A | Interest | J | T | | | | | |
| 65. --Davis Financial Fund | A | Dividend | K | T | | | | | |
| 66. --Davis Financial Fund II | A | Dividend | J | T | | | | | |
| 67. --Federal Home Loan Bonds II | A | Interest | K | T | | | | | |
| 68. --Federal Nat Mtg Assn Bonds | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Ishares S&P Fund | B | Dividend | L | T | | | | | |
| 70. --MFS Arkansas Municipal Bonds | A | Interest | K | T | Buy (add'l) | 02/14/13 | K | | |
| 71. --North Little Rock School District Bonds | A | Interest | J | T | | | | | |
| 72. --Northwest Ark Wastewater Bonds | A | Interest | J | T | | | | | |
| 73. --Shering Plough Cr. Bonds | B | Interest | | | Redeemed | 12/02/13 | J | | |
| 74. --Schwab Health Fund | A | Dividend | J | T | | | | | |
| 75. --Dow Jones SPDR | A | Dividend | M | T | | | | | |
| 76. --U of Ark Student Fee Bonds | A | Interest | J | T | | | | | |
| 77. --U of Ark Housing Bonds | A | Interest | K | T | | | | | |
| 78. --U of Cent Ark Bonds | A | Interest | | | Redeemed | 04/01/13 | J | | |
| 79. --I Shares Credit Bond | A | Int./Div. | J | T | Buy | 08/21/13 | J | | |
| 80. Blackrock Health Fund | A | Int./Div. | J | T | Buy | 02/14/13 | J | | |
| 81. | | | | | | | | | |
| 82. AFB #4 | | | | | | | | | |
| 83. --Fidelity Money Market Fund | A | Interest | K | T | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Audrey R. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Audrey R. Evans**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544